IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-273 |
| | : | |
| KHALIF TUGGLE | : | |

**O R D E R**

AND NOW, this 28th day of February, 2022, the Court being advised that defense counsel moves to exclude time under the Speedy Trial Act and schedule a plea of guilty, and that the Government has no objection to the defendant's motion, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A), (B) and (C), it is hereby **ORDERED** that the defendant's unopposed motion to exclude time and schedule a plea of guilty is **GRANTED**.

A plea hearing in this matter is scheduled for April 18, 2022 at 4:30 P.M.

BY THE COURT:

s/ Michael M. Baylson
**THE HONORABLE MICHAEL M. BAYLSON**
**Senior United States District Court Judge**