IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 20-273 |

KHALIF TUGGLE #10723-509
FDC Philadelphia
PO Box 562
Philadelphia, PA  19105

# NOTICE OF HEARING

Take notice that the defendant is scheduled for a **CHANGE OF PLEA** hearing on Monday, April 18, 2022 at 4:30 p.m. before the **Honorable Michael M. Baylson** in **Courtroom 3A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A              interpreter will be required for the defendant.

☒ **Hearing rescheduled from: March 1, 2022 (as a motion hearing).**

For additional information, please contact the undersigned.

By:         Lori K. DiSanti, Courtroom Deputy to J. Michael M. Baylson
            Phone: 267.299.7291

Date:       February 28, 2022

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel Nina Spizer
                     Assistant U.S. Attorney Joseph Labar, Michael Miller
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)